**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-00808-CMA-CBS (Consolidated for all purposes with
Civil Action No. 14-cv-01025-CMA-CBS

BILLIE SPRAGUE,

    Plaintiff,

v.

MICHAELS STORES, INC., a Delaware corporation,
THE GERSON COMPANY, a Missouri corporation, and
THE GERSON COMPANIES, a Missouri corporation,

    Defendants.

---

**ORDER DISMISSING DEFENDANT THE GERSON COMPANIES**

---

This matter is before the Court on the parties' Joint Stipulation to Dismiss The Gerson Companies Without Prejudice (Doc. # 31). The Court has reviewed the Stipulation and ORDERS as follows:

Defendant The Gerson Companies is hereby DISMISSED WITHOUT PREJUDICE. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of The Gerson Companies as a Defendant in this case.

DATED:  May __20__, 2014

                                            BY THE COURT:

                                            */s/ Christine M. Arguello*

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge