**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-00808-CMA-CBS (Consolidated for all purposes with
Civil Action No. 14-cv-01025-CMA-CBS

BILLIE SPRAGUE,

    Plaintiff,

v.

MICHAELS STORES, INC., a Delaware corporation, and
THE GERSON COMPANY, a Missouri corporation,

    Defendants.

---

**ORDER REGARDING PLAINTIFF'S COUNTS FOR BREACH OF WARRANTIES**

---

Pursuant to the parties' Joint Stipulation to Dismiss Plaintiff's Counts for Breach of Warranties (Doc. # 34), it is

ORDERED that Counts III and VII of these consolidated case are DISMISSED, each party to bear his or its own costs and attorney fees with respect to the counts for breach of warranties. Plaintiff's remaining counts in these consolidated cases shall remain pending. It is

FURTHER ORDERED that Defendants' Motion to Dismiss Plaintiff's Breach of Warranties Claim (Doc. # 32) is DENIED AS MOOT.

DATED:  June __04__, 2014

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge