IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-00808-CMA-CBS | Date: July 14, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*　　　　　　　　　　　　　　　　　　*Counsel:*

BILLIE SPRAGUE　　　　　　　　　　　　　Paul Komyatte

Plaintiff,

v.

MICHAELS STORES, INC., et al.　　　　　　Adam Goldstein
　　　　　　　　　　　　　　　　　　　　　Katherine Leigh Vaughn

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 10:03 a.m.**
Court calls case. Appearances of counsel.

Motion to Dismiss Plaintiff's Breach of Warranties Claim Against Michaels Stores, Inc. [24] has been **DENIED AS MOOT** by earlier actions and the docket shall reflect this.

The Court needs the proposed Scheduling Order to be re-done and suggests each defendant have separate statements of its defenses, the Plaintiff shall list the claims against each defendant separately and the document needs to be double spaced.

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Each side shall be limited to **10** depositions.
Depositions shall not exceed **7** hours without prior agreement or absent leave of court.
Each side shall be limited to **25** interrogatories, **25** requests for production, and **25** requests for admission.

Discussion regarding what discovery will need to be completed, witnesses, and experts.

**ORDERED:**  Counsel shall submit a new proposed Scheduling Order by July 21, 2014.  Once the proposed Scheduling Order is entered, a Minute Order will be issued setting a Final Pretrial Conference.

**Counsel may not file any OPPOSED discovery motions without leave of court.  Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection.  The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

Hearing concluded.

**Court in recess: 10:56 a.m.**
Total time in court:     00:53

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.