IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 14-cv-00808-CMA-CBS (Consolidated for all purposes with
Civil Action No. 14-cv-01025-CMA-CBS

BILLIE SPRAGUE,

    Plaintiff,

v.

MICHAELS STORES, INC., a Delaware corporation, and
THE GERSON COMPANY, a Missouri corporation,

    Defendants.

## ORDER OF DISMISSAL

This matter is before the Court on the parties Stipulation of Dismissal with Prejudice.  (Doc. # 60.)   Having reviewed the Stipulation, the Court hereby Orders that all of Plaintiff's claims against Defendants in both 14-cv-00808-CMA-CBS and 14-cv-01025-CMA-CBS are DISMISSED WITH PREJUDICE.  Each party shall pay their own costs and attorney fees.

DATED:  May 14, 2015

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge